# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.G., a minor, by and through his parents, RACHEL GOOD, and DARREN GOOD, and on their own behalf,<br><br>  Plaintiffs,<br><br>    v.<br><br>CONEJO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>  Defendant. | CV 21-9135 DSF (MARx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CONEJO VALLEY UNIFIED SCHOOL DISTRICT** |

 The Court having issued its Order Affirming Decision of the Administrative Law Judge,

 IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' request for reversal of the OAH August 25, 2021 Decision and all requests for relief are DENIED.  The decision of the administrative law judge is affirmed. Judgment is entered in favor of Defendant Conejo Valley Unified School District.

DATED:  November 2, 2022

             _____
             Honorable Dale S. Fischer
             UNITED STATES DISTRICT JUDGE